**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

SHERIDAN PHILLIP HEDRICK,,

    Plaintiff,

v.

~~WESTERN MICHIGAN UNIVERSITY,~~
~~WESTERN MICHIGAN UNIVERSITY BOARD OF~~
~~TRUSTEES~~; NICOLE ALLBEE, ~~individually and~~ in her
official capacity;
DIANE ANDERSON, ~~individually and~~ in
her official capacity; and EDWARD MONTGOMERY,
~~individually~~
~~and~~ in his official capacity,

    Defendants.

Case No.: 1:22-CV-00308

Hon. Hala Y. Jarbou
Mag. Sally J. Berens

---

**ORDER EXCUSING DEFENDANTS NICOLE ALLBEE,**
**DIANE ANDERSON, AND EDWARD MONTGOMERY FROM APPEARING**
**AT THE EARLY SETTLEMENT CONFERENCE ON FEBRUARY 8, 2023**

An early settlement conference is scheduled for February 8, 2023, at 1:00 PM before the Honorable Sally J. Berens, by video. Defendants Nicole Allbee, Diane Anderson, and Edward Montgomery are all excused from personally attending the Early Settlement Conference scheduled on February 8, 2023, so long as a representative of Western Michigan University with full settlement authority will attend.

    **IT IS SO ORDERED**.

                                                    /s/ Sally J. Berens
                                                  SALLY J. BERENS
                                                  U.S. MAGISTRATE JUDGE

Dated: February 6, 2023