UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHERIDAN PHILLIP HEDRICK ) | Case No. 1:22-cv-00308 |
| ) | |
| Plaintiff, ) | Hon. Hala Y. Jarbou |
| ) | |
| v. ) | |
| ) | |
| WESTERN MICHIGAN UNIVERSITY, *et al.* ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The Parties have reached a settlement resolving all claims in this case. Accordingly, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate to dismiss the action in its entirety with prejudice against all parties.

IT IS HEREBY ORDERED, the action is dismissed with prejudice in its entirety. There is no award of award of costs or attorney fees to any party.

**IT IS SO ORDERED**.

/s/ Hala Y. Jarbou
HALA Y. JARBOU
U.S. DISTRICT CHIEF JUDGE

Dated: May 24, 2023

**STIPULATED AND AGREED**:

/s/ Eric J. Sheppard
Eric J. Sheppard (P71914)
2109 Hamilton Road, Suite 206
Okemos, MI 48864
Phone: 517-618-1580
ericsheppard16@gmail.com
*Attorney for Plaintiff*

/s/Thomas J. Cedoz
Thomas J. Cedoz (P82094)
HUSCH BLACKWELL LLP
28175 Haggerty Road
Novi, Michigan 48377
Tom.Cedoz@huschblackwell.com
Phone: 419.607.3107
*Attorney for Defendants*

Dated: May 23, 2023